MARK D. ROSENBAUM (Bar No. 59940)
ACLU FOUNDATION OF SOUTHERN
  CALIFORNIA
1616 Beverly Boulevard
Los Angeles, California  90026-9938
(213) 977-9500
Fax No. (213) 250-3919

CAROL A. SOBEL (Bar No. 84483)
LAW OFFICE OF CAROL A. SOBEL
100 Wilshire Blvd., Suite 1000
Santa Monica, California 90401
(310) 393-3055

DOUGLAS E. MIRELL
1000 Wilshire Boulevard
Los Angeles, California 90017-2406
(213) 688-3400

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA BACA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MORENO VALLEY UNIFIED SCHOOL DISTRICT; SCHOOL BOARD PRESIDENT FRANK M. WEST, in his official and individual capacity.<br><br>　　　　Defendants. | CASE NO. EDCV 96-0267RT(VAPx)<br><br>STIPULATION OF DISMISSAL AND ORDER THEREON<br>DATE: None<br>TIME: None<br>The Hon. Robert Timlin |

✓ DOCKETED
✓ MLD COPY PTYS
__ MLD NOTICE PTYS
✓ JS-6

1

1  IT IS HEREBY STIPULATED by and between the parties to this
2  action through their designated counsel that the above-captioned
3  action be and hereby is dismissed with prejudice pursuant to Fed. R.
4  Civ. Pro. 41(a)(1).

DATED: Oct. 20, 1997

ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
CAROL A. SOBEL
DOUGLAS E. MIRELL

By /s/ Carol A. Sobel
   CAROL A. SOBEL
   Attorneys for Plaintiff

DATED: 10/20/97

LAW OFFICES OF PARKER, COVERT &
CHIDESTER

By /s/ Spencer E. Covert
   SPENCER E. COVERT
   Attorneys for Defendants

**IT IS SO ORDERED.**

10/22/97   /s/ Robert J. Timlin
           THE HONORABLE ROBERT J. TIMLIN
           U.S. DISTRICT COURT

2

PROOF OF SERVICE BY MAIL

I, KAREN MIYAHARA, declare:

I am a resident of the County of Los Angeles, California; that I am over the age of eighteen (18) years of age and not a party to the within-entitled cause of action; that I am employed in the County of Los Angeles, California; and that my business address is 1616 Beverly Boulevard, Los Angeles, California 90026.

On October 20, 1997, of the attached documents described as STIPULATION OF DISMISSAL AND ORDER THEREON on the attorneys of record in said cause by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

SPENCER E. COVERT
MARK S. WILLIAMS
PARKER, COVERT & CHIDESTER
17862 EAST SEVENTEENTH STREET, SUITE 204
TUSTIN, CALIFORNIA 92780
(Attorneys for Defendants)

I am readily familiar with the office's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed on October 20, 1997, at Los Angeles, California.

KAREN MIYAHARA

3